```
J. TONY SERRA, SBN 32639
ANNA LING, SBN 196023
506 Broadway
San Francisco CA 94133
Telephone 415/986-5591

Attorneys for Defendant
GREG ANDERSON
```



FILED
OCT 12 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-0044 SI |
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF **MOTION TO DISCLOSE GOVERNMENT INFORMANT PURSUANT TO** *UNITED STATES v. KISER* |
| v. | |
| GREG ANDERSON, et al. | |
| Defendants. |  [UNDER SEAL] |

I, J. TONY SERRA, declare:

I am an attorney licensed to practice in the State of California and I am the lead and trial attorney for defendant herein.

I am informed and believe that the confidential informant in this case is Ronald Lance Kramer *aka* Ronald Green, DOB 1/29/64.

I declare under penalty of perjury that the foregoing is true and correct, except as to matters therein stated on information and belief, and as to those matters, I believe them to be true. Executed on October 7, 2004, at San Francisco, California.

_____
J. TONY SERRA

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591

PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States. My business address is 506 Broadway, San Francisco, California 94133. I am over the age of eighteen years and not a party to the within action.

On the date set forth below, I caused a true copy of the within

DECLARATION OF COUNSEL IN SUPPORT OF **MOTION TO DISCLOSE GOVERNMENT INFORMANT PURSUANT TO** *UNITED STATES v. KISER*

to be served on the following parties in the following manner:

Mail _X_    Overnight mail _X_ on AUSA    Personal service ___    Fax ___

| | |
|---|---|
| Jeff Nedrow (Carter Stewart)<br>Assistant United States Attorney<br>150 Almaden Boulevard #900<br>San Jose CA 95113 | Fax 408/535-5066 |
| Robert M. Holley<br>331 J Street #200<br>Sacramento CA 95814 | Fax 916/442-1310 |
| Troy Ellerman<br>901 H Street #503<br>Sacramento CA 95814 | Fax 916/442-8474 |
| George G. Walker<br>Alan A. Dressler<br>633 Battery Street #635<br>San Francisco CA 94111 | Fax 415/788-6787 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on October 8, 2004, at San Francisco, California.



LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591